```
AVERY CAHEE                    MILESTONE
P.O. BOX 12236                 P.O. BOX 4499
JACKSON, MS 39236              BEAVERTON, OR 97076

THOMAS C. ROLLINS, JR.         MISSION LANE TAB BANK
THE ROLLINS LAW FIRM, PLLC     PO BOX 105286
P.O. BOX 13767                 ATLANTA, GA 30348
JACKSON, MS 39236

ACIMA                          PORTFOLIO RECOVERY
9815 S MONROE ST               120 CORPORATE BLVD
SANDY, UT 84070                NORFOLK, VA 23502


BRIDGECREST ACCEPTANCE         PRO COLLECT, INC
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100         12170 N ABRAMS RD
PHOENIX, AZ 85072              STE 100
                               DALLAS, TX 75243

CAPITAL ONE                    SELENE FINANCE
P.O. BOX 60599                 ATTN: BANKRUPTCY
CITY OF INDUS, CA 91716-05     PO BOX 8619
                               PHILADELPHIA, PA 19101


CREDIT ONE BANK                SPRING OAKS CAPITAL
ATTN: BANKRUPTCY DEPT          1400 CROSSWAYS BLVD
6801 CIMARRON RD               SUITE 100 B
LAS VEGAS, NV 89113            CHESAPEAKE, VA 23334


INTERNAL REVENUE SERVI         US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY         US DEPT OF JUSTICE
P.O. BOX 7346                  950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-734     WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MCCALLA RAYMER LEIBERT
251 TRACE COLONY PARK
STE A
RIDGELAND, MS 39157
```