IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | | |
|---|---|---|---|---|
| In RE: | AVERY CAHEE | § | Case Number: | 26-00035-JAW-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Bridgecrest Acceptance Corporation hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:
    (i)      all notices given or required to be given in the case; and
    (ii)     all pleadings and correspondence served or required to be served in this case,
regarding Bridgecrest Acceptance Corporation should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Bridgecrest Acceptance Corporation Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX9701
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                                          Respectfully submitted,

                                          /s/ Amitkumar Sharma
                                          Amitkumar Sharma
                                          Claims Processor
                                          Bankruptcy Servicer for Bridgecrest Acceptance Corporation
                                          AIS Portfolio Services, LLC
                                          4515 N Santa Fe Ave. Dept. APS
                                          Oklahoma City, OK 73118
                                          (469)342-1844, Fax (817) 461-8070
                                          ECFNotices@aisinfo.com
                                          File # 1449394

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| In RE: | AVERY CAHEE | § | Case Number: 26-00035-JAW-7 |
| | | § | |
| | Debtor(s) | § | Chapter: 7 |

## CERTIFICATE OF SERVICE OF
## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

I hereby certify that on 9th day of January, 2026 a copy of the above and foregoing Request for Notice was electronically served upon the parties listed below:

/s/ Amitkumar Sharma
Amitkumar Sharma

Trustee:
EILEEN N SHAFFER
Trustee of the U.S. Bankruptcy Court
PO BOX 1177,
JACKSON, MS 39215

Attorney for Debtor:
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767,
JACKSON, MS 39236