IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Avery Cahee, Debtor                    Case No. 26-00035-JAW
                                                 CHAPTER 7

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 01/07/2026.

4. I previously filed bankruptcy case number 24-02916 under Chapter 13 on 12/16/2024 and that case was dismissed on 7/18/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a discharged chapter 7 case.

8. Those changes are as follows:

   I am filing a chapter 7 to eliminate my unsecured debts. I was trying for a modification of my mortgage and will continue that process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 7, 2026            /s/ Avery Cahee
                                        Avery Cahee