United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-00035-JAW

Avery Cahee                                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 309A | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avery Cahee, P.O. Box 12236, Jackson, MS 39236-2236 |
| 5608993 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5608999 | + | McCalla Raymer Leibert, 251 Trace Colony Park, Ste A, Ridgeland, MS 39157-8857 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jan 07 2026 19:38:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | EDI: BENSHAFFER | Jan 08 2026 00:36:00 | Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jan 07 2026 19:39:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5608994 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 07 2026 19:39:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5608995 | | EDI: CAPITALONE.COM | Jan 08 2026 00:36:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5608996 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2026 19:43:06 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5608998 | + | Email/Text: ebone.woods@usdoj.gov | Jan 07 2026 19:39:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5608997 | | EDI: IRS.COM | Jan 08 2026 00:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5609001 | | Email/Text: ml-ebn@missionlane.com | Jan 07 2026 19:38:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5609000 | + | EDI: PHINGENESIS | Jan 08 2026 00:36:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5609002 | | EDI: PRA.COM | Jan 08 2026 00:36:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5609003 | | Email/Text: clientinformation@procollect.com | Jan 07 2026 19:38:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5609005 | | Email/Text: bankruptcy@springoakscapital.com | Jan 07 2026 19:38:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5609004 | + | Email/Text: bkteam@selenefinance.com | Jan 07 2026 19:38:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 5609006 | ^ | MEBN | Jan 07 2026 19:35:24 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

District/off: 0538-3                                     User: mssbad                                     Page 2 of 2
Date Rcvd: Jan 07, 2026                                  Form ID: 309A                                    Total Noticed: 18

20530-0001

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                         Signature:          /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Avery Cahee** | Social Security number or ITIN **xxx–xx–7623** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | |
| Case number: **26–00035–JAW** | | Date case filed for chapter **7**   **1/7/26** |

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Avery Cahee | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 12236 Jackson, MS 39236 | |
| 4. | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone 601–500–5533 Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Eileen N. Shaffer P.O. Box 1177 Jackson, MS 39215–1177 | Contact phone 601–969–3006 Email eshaffer@eshaffer–law.com |

For more information, see page 2 >

Debtor **Avery Cahee**                                                                Case number **26–00035–JAW**

| | | |
|---|---|---|
| **6.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 1/7/26** |

| | | |
|---|---|---|
| **7.  Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | February 27, 2026 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Eileen N. Shaffer**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter**<br>**Meeting ID 905 950 7847 and**<br>**Passcode 8931265934 , OR call**<br>**769–215–5931.**<br><br>**For additional meeting information go to**<br>**www.justice.gov/ust/moc** |

| | |
|---|---|
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |

| | | |
|---|---|---|
| **9.  Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/28/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **10.  Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |