IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AVERY CAHEE, DEBTOR | ) | CASE NO. 26-00035-JAW |
| | ) | |
| | ) | |
| SELENE FINANCE LP, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST, | ) | MOVANT |
| VS. | ) | |
| AVERY CAHEE, DEBTOR | ) | RESPONDENT |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND TO ABANDON PROPERTY**

COMES NOW SELENE FINANCE LP, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST ("Movant"), by counsel, and shows this Court the following:

1.  This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property described herein.

2.  Movant is the servicer of a loan secured by certain real property in which Debtor has an interest. Said real property is security for a promissory note, and is located at and more commonly known as **1044 Parkwood Place, Jackson, MS 39206** (the "Property"). A true, correct and redacted copy of the Deed of Trust is attached hereto as ***Exhibit A*** and it is

incorporated herein by reference. A true, correct and redacted copy of Debtor's Promissory Note is attached and fully incorporated herein as **Exhibit B**. A copy of the Assignment of Deed of Trust is attached as **Exhibit C**. The Property herein is located in Hinds County, Mississippi, and is described as follows:

Lot 22, Parkwood Subdivision, a subdivision according to the map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Hinds County at Jackson, Mississippi in Plat Book 12 at Page 28, reference to which is hereby made.

INDEXING INSTRUCTIONS: Lot 22, Parkwood Subd.

3. Debtor is in default of the monthly installments pursuant to the Note and Deed of Trust. As of January 28, 2026, Debtor is delinquent for four (4) payments of $444.99 each (December 1, 2021 – March 1, 2022), four (4) payments of $411.96 each (April 1, 2022 – July 1, 2022), sixteen (16) payments of $223.58 each (August 1, 2022 – November 1, 2023), five (5) payments of $789.47 each (December 1, 2023 – April 1, 2024), five (5) payments of $444.71 each (May 1, 2024 – September 1, 2024), three (3) payments of $801.40 each (October 1, 2024 – December 1, 2024), nine (9) payments of $844.81 each (January 1, 2025 – September 1, 2025) and four (4) payments of $919.86 each (October 1, 2025 – January 1, 2026), for a total default of $26,862.91, pursuant to the Note.

4. As of January 28, 2026, the unpaid principal balance is $143,402.24, and interest is due thereon in accordance with the Note, as well as fees, costs and escrow advances. The current amount of unpaid interest on Movant's loan as of January 28, 2026 is $8,683.28. The approximate payoff is $200,526.02.

5. Because of Debtor's default and inability to make all required payments in the amounts and at the times they are required to be made, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

6. Debtor's *Schedule A/B* values the Property at $185,000.00. According to Zillow.com, the value of the Property is $134,800. Movant is not aware of any other liens against the Property. Based upon Debtor's statement of value and unpaid principal balance due, Movant would show that Debtor has little or no equity in the Property, and it is of inconsequential value, if any, and is burdensome to Debtor's estate.

7. Upon information and belief, since the filing of the petition herein, Debtor has remained in possession of and continues to use the Property. If Movant is not permitted to exercise its right to foreclose upon its security, it will suffer irreparable injury, loss and damage.

8. Movant requests it be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

WHEREFORE, PREMISES CONSIDERED, Movant prays as follows:

(1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes;

(2) Because the Deed of Trust so provides, Debtor is responsible for Movant's reasonable attorney's fees;

(3) that Movant, at its option, be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements;

(4) for waiver of Bankruptcy Rule 4001 (a)(4); and

(5) for such other and further relief, both general and specific, as is just and equitable.

Respectfully submitted, this the 10th day of February, 2026.

           **SELENE FINANCE LP, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST**

BY: */s/ Michael McCormick*
    Michael McCormick
    Mississippi Bar No. 10630
    McCalla Raymer Leibert Pierce, LLP
    1544 Old Alabama Road
    Roswell, GA 30076
    678-281-3918
    Michael.McCormick@mccalla.com
    *Attorney for Movant*

## **CERTIFICATE OF SERVICE**

      I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, do hereby certify that on this date, I served a copy of MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ABANDON PROPERTY filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

**Debtor**
Avery Cahee
P.O. Box 12236
Jackson, MS 39236

**Debtor's Attorney**                                          *(via ECF/CMF Electronic Notice)*
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee**                                                    *(via ECF/CMF Electronic Notice)*
Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177

**U.S. Trustee**                                               *(via ECF/CMF Electronic Notice)*
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

      CERTIFIED, this the 10th day of February, 2026.


                                                                 /s/ Michael McCormick
                                                                   Michael McCormick