MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: AVERY CAHEE

Case No.: 26-00035-JAW

Debtor(s)

Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, SELENE FINANCE LP AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST, a

[Name of Corporate Party]

[Check One]

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Selene Finance LP is a Limited Partnership.
> Selene Finance LP's general partner is Selene Ventures GP, LLC and Selene Finance, LP is owned 99% by Selene Ventures, LLC, and 1% by Selene Ventures GP, LLC.
> Selene Ventures, LLC is wholly owned by Selene Holdings, LLC.
> Selene Holdings, LLC is wholly owned by Mortgage Solutions Holdings, LLC.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 02/10/2026

*/s/ Michael McCormick*
Attorney Signature

Michael McCormick
Attorney Name

10630
State Bar Number

1544 Old Alabama Road
Address

Roswell, GA 30076
City, State, and Zip Code

678-281-3918
Telephone Number

michael.mccormick@mccalla.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**