___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 10, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    AVERY CAHEE,                                                    **CASE NO. 26-00035-JAW**

    **DEBTOR.**                                                              **CHAPTER 7**

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay and to Abandon Property (Dkt. #19) filed by Selene Finance LP, as servicing agent for U.S. Bank Trust NA in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##