United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-00035-JAW
Avery Cahee                                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                   Page 1 of 1
Date Rcvd: Feb 10, 2026                       Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID                Recipient Name and Address**
db                    +   Avery Cahee, P.O. Box 12236, Jackson, MS 39236-2236

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Michael J McCormick | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Avery Cahee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

     **AVERY CAHEE,**                                   **CASE NO. 26-00035-JAW**

     **DEBTOR.**                                             **CHAPTER 7**

## <u>ORDER EXTENDING STAY</u>

Upon consideration of the Motion for Relief from the Automatic Stay and to Abandon Property (Dkt. #19) filed by Selene Finance LP, as servicing agent for U.S. Bank Trust NA in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##