_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

   **AVERY CAHEE,**                                      **CASE NO. 26-00035-JAW**


   **DEBTOR.**                                                **CHAPTER 7**


## ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay and to Abandon Property filed by Selene Finance LP, as servicing agent for U.S. Bank Trust NA (the "Motion") (Dkt. #19) and the Debtor's Response (the "Response") (Dkt. #27).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on March 30, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for May 18, 2026, at 1:30 PM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693