Certificate Number: 05781-MSS-DE-040864746

Bankruptcy Case Number: 26-00035



05781-MSS-DE-040864746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2026</u>, at <u>9:47</u> o'clock <u>AM PDT</u>, <u>Avery Cahee</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>April 16, 2026</u>

By:    <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>