_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER  7 |
| | ) | |
| AVERY CAHEE, DEBTOR | ) | CASE NO.  26-00035-JAW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| SELENE FINANCE LP, AS SERVICING | ) | MOVANT |
| AGENT FOR U.S. BANK TRUST | ) | |
| NATIONAL ASSOCIATION, NOT IN ITS | ) | |
| INDIVIDUAL CAPACITY BUT SOLELY | ) | |
| AS OWNER TRUSTEE FOR RCF2 | ) | |
| ACQUISITION TRUST, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| AVERY CAHEE, DEBTOR | ) | RESPONDENT |
| | ) | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY** [DOCKET #19]

This Matter came before the court upon the Motion for Relief from Automatic Stay and for Abandonment of Property [Docket #19] ("Motion") filed by Selene Finance LP, as Servicing Agent for U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF2 Acquisition Trust ("Movant"), and Debtors response [Docket #27] regarding the real property and improvements located at and more commonly known as *1044*

***Parkwood Place, Jackson, MS 39206*** ("Property"), lying and being situated in the Southern

Judicial District of Hinds County, Mississippi, and more particularly described as follows:

Lot 22, Parkwood Subdivision, a subdivision according to the map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Hinds County at Jackson, Mississippi in Plat Book 12 at Page 28, reference to which is hereby made.

INDEXING INSTRUCTIONS: Lot 22, Parkwood Subd.

The aforesaid Motion was scheduled for a hearing on June 29, 2026, and the Court is

advised that the parties have resolved this matter. Therefore, it is hereby

**ORDERED** that the 11 U.S.C. §362(a) automatic stay is lifted, and the subject property

is abandoned, to allow Movant, its successors and assigns to assert its rights and remedies under

applicable law with regard to the Property.

**ORDERED** that Movant will accept the Loan Modification application for review and

that Foreclosure proceedings will not proceed until it has been completely reviewed for options.

**##END OF ORDER##**

Approved, Prepared and Submitted by:                    Approved and Agreed to:

 */s/ Karen A. Maxcy*                                                         */s/ Thomas Carl Rollins, Jr.*
Karen A. Maxcy, MS Bar #8869                             Thomas Carl Rollins, Jr
McCalla Raymer Leibert Pierce, LLC                      *Attorney for Avery Cahee*
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965 (Direct Telephone)
e-mail:  *Karen.Maxcy@mccalla.com*
*Attorney for Movant*