United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                        Case No. 26-00035-JAW

Avery Cahee                                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                           User: mssbad                                Page 1 of 1

Date Rcvd: Jul 15, 2026                     Form ID: pdf012                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID                      Recipient Name and Address**
db                      +   Avery Cahee, P.O. Box 12236, Jackson, MS 39236-2236

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name                          Email Address**

Eileen N. Shaffer
                       eshaffer@eshaffer-law.com  ms04@ecfcbis.com

Michael J McCormick
                       on behalf of Creditor Selene Finance LP  as Servicing Agent for U.S. Bank Trust National Association, Not in its Individual
                       Capacity but Solely as Owner Trustee for RCF2 Acquisition Trust Michael.McCormick@mccalla.com,
                       mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                       on behalf of Debtor Avery Cahee trollins@therollinsfirm.com
                       jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                       nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                       USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER  7 |
| | ) | |
| AVERY CAHEE, DEBTOR | ) | CASE NO.  26-00035-JAW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| SELENE FINANCE LP, AS SERVICING | ) | MOVANT |
| AGENT FOR U.S. BANK TRUST | ) | |
| NATIONAL ASSOCIATION, NOT IN ITS | ) | |
| INDIVIDUAL CAPACITY BUT SOLELY | ) | |
| AS OWNER TRUSTEE FOR RCF2 | ) | |
| ACQUISITION TRUST, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| AVERY CAHEE, DEBTOR | ) | RESPONDENT |
| | ) | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY** [DOCKET #19]

This Matter came before the court upon the Motion for Relief from Automatic Stay and for Abandonment of Property [Docket #19] ("Motion") filed by Selene Finance LP, as Servicing Agent for U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF2 Acquisition Trust ("Movant"), and Debtors response [Docket #27] regarding the real property and improvements located at and more commonly known as *1044*

***Parkwood Place, Jackson, MS 39206*** ("Property"), lying and being situated in the Southern Judicial District of Hinds County, Mississippi, and more particularly described as follows:

Lot 22, Parkwood Subdivision, a subdivision according to the map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Hinds County at Jackson, Mississippi in Plat Book 12 at Page 28, reference to which is hereby made.

INDEXING INSTRUCTIONS: Lot 22, Parkwood Subd.

The aforesaid Motion was scheduled for a hearing on June 29, 2026, and the Court is advised that the parties have resolved this matter. Therefore, it is hereby

**ORDERED** that the 11 U.S.C. §362(a) automatic stay is lifted, and the subject property is abandoned, to allow Movant, its successors and assigns to assert its rights and remedies under applicable law with regard to the Property.

**ORDERED** that Movant will accept the Loan Modification application for review and that Foreclosure proceedings will not proceed until it has been completely reviewed for options.

**##END OF ORDER##**


Approved, Prepared and Submitted by:        Approved and Agreed to:


 */s/ Karen A. Maxcy*                          */s/ Thomas Carl Rollins, Jr.*
Karen A. Maxcy, MS Bar #8869                 Thomas Carl Rollins, Jr
McCalla Raymer Leibert Pierce, LLC           *Attorney for Avery Cahee*
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965 (Direct Telephone)
e-mail: *Karen.Maxcy@mccalla.com*
*Attorney for Movant*